| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2008** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Beaty Jr., James A. | 2. Court or Organization<br><br>US District Court - 4th Cir. | 3. Date of Report<br><br>05/11/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Article III Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>251 N. Main Street - Suite 248<br>Winston-Salem, N.C. 27101-3984 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Foundation Board Member | Western Carolina University |
| 2. Board of Trustees | Senior Services of Forsyth County |
| 3. Board Member | New Winston Museum |
| 4. | |
| 5. | |

RECEIVED 2009 MAY 12 P 3: 36 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Beaty Jr_James_A

| Name of Person Reporting | Date of Report |
|---|---|
| Beaty Jr., James A. | 05/11/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | NC Judicial Retirement Vested Benefit | $31,004.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | The Speech Center-Clerical |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Just The Beginning Foundation | September 25-28, 2008 | Washington, D.C. | Educational | Hotel, Food |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beaty Jr., James A. | 05/11/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beaty Jr., James A. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wachovia Brokerage IRA | B | Dividend | K | T | | | | | |
| 2. -Citigroup Common Stock | | | | | | | | | |
| 3. -Microsoft Common Stock | | | | | | | | | |
| 4. -General Electric Comon Stock | | | | | | | | | |
| 5. -Omega Health Prop. Common Stock | | | | | | | | | |
| 6. -Lithium Technology/Common Stock | | | | | | | | | |
| 7. -Progress Energy Common Stock | | | | | | | | | |
| 8. -Precision Drilling Company Common Stock | | | | | | | | | |
| 9. Duke Energy, Common Stock | A | Dividend | J | T | | | | | |
| 10. Spectra Energy Common Stock | A | Dividend | J | T | | | | | |
| 11. Bank of America Investment Services, Inc. (IRA) | A | Dividend | M | T | | | | | |
| 12. -Columbia Cash Reserve Daily | | | | | | | | | |
| 13. -Federated Bond Class A | | | | | | | | | |
| 14. -Federated American Leaders Class Mutual Fund | | | | | | | | | |
| 15. -Federated Capital Appreciation Class A Mutual Fund | | | | | | | | | |
| 16. -Federated INT'L Value Class A Mutual Fund | | | | | | | | | |
| 17. -Federated Kaufman Class A | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
   J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
   Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Beaty Jr., James A. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Fed. Strat. Val. Fund Class A Mut. Fund | | | | | | | | | |
| 19. CSX, Corp., Common Stock | A | Dividend | J | T | | | | | |
| 20. Exxon Mobil Common Stock | A | Dividend | J | T | | | | | |
| 21. Vanguard Healthcare Mutual Fund | | None | | | Sold | 10/2 | K | B | |
| 22. Vanguard Emerging Mkt Fund | | None | | | Sold | 10/2 | J | A | |
| 23. Vanguard European Fund | | None | | | Sold | 10/2` | J | A | |
| 24. Bell South/A T & T | A | Dividend | J | T | | | | | |
| 25. Mutual of New York-Whole Life | | None | | | Redeemed | 4/4 | J | C | |
| 26. Mutual of New York-Whole Life | | None | | | Redeemed | 4/8 | J | C | |
| 27. Equitable Life-Whole Life (Loan) | | None | | | Redeemed | 4/8 | K | D | |
| 28. Equitable Variable Life-Whole Life | | None | | | Redeemed | 6/10 | K | D | |
| 29. Equitable Variable-Alliance Common Stock Fund | A | Dividend | J | T | | | | | |
| 30. AXA Equitable-Incentive Life/Mod. Common Fund | A | Dividend | K | T | Buy | 6/10 | K | | |
| 31. Bank of America/Savings Acct. (X) | A | Interest | J | T | Open | 4/4 | J | | |
| 32. Wachovia B&T/Cert. of Deposit (X) | A | Interest | K | T | Open | 7/17 | K | | |
| 33. Vacant Real Estate Forsyth, NC /Parcel 1/(X) | | None | J | W | | | | | |
| 34. Vacant Real Estate/Parcel 2 (X) | | None | K | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beaty Jr., James A. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vacant Real Estate/Union, SC | | None | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beaty Jr., James A. | 05/11/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I.   Positions: Previously unclear as to the need to report positions since no compensation was paid nor was there any fundraising obligation.  In any event none of these positions raised any conflict of interest concerns.

Part VI.  Liabilities:  Equitable Life Insurance Policy Loan (also listed as item 27) was paid off and the net proceeds along with the sale proceeds of item #28 were converted into a new policy as shown in Part VII Investments and Trusts item 30.

Part VII.  Investments and Trusts: Each of the Vanguard Mutual funds in items 21,22, and 23 were completely sold.  The Mutual of New York Whole Life policies in items 25, and 26 were fully redeemed.  The two Equitable Policies noted in items 27, and 28 were redeemed and converted into one new AXA Equitable Incentive Life Policy as shown in item 30.

Item 31, The Bank of America Savings account reached the threshold reporting value in 2008.

Item 32, is a Certificate of Deposit that originated as a transfer from an account previously held along with another principal in a joint account with right of survivorship.

The vacant real estate identified in items 33, 34, and 35 are being newly reported but they have not been previously held for purposes of sell, but could have the potential for either sale or charitable donations.

| Name of Person Reporting | Date of Report |
|---|---|
| Beaty Jr., James A. | 05/11/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544